THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, against REGENCY PARK, INC., Respondent.

Argued February 26, 1953; decided April 16, 1953.

*John V. Browne* and *Robert H. Schaffer* for appellant.
*Sylvan D. Freeman* for respondent.

On appeal from judgment: Judgment affirmed, with costs. On appeal from order: Appeal dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.